UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACKIE MERKISON,

    Petitioner,

v.                                                                 4:16cv106–WS/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (doc. 18) dated October 31, 2016. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as successive. The petitioner has filed no objections to the report and recommendation.

Because there is nothing in the record that reflects that the petitioner has been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition, this court lacks the authority to consider the petitioner's claim. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 18) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   1st   day of    December   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE